# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TERRY EUGENE PEACE, BRIAN EDWARD CANNON<br>AND CORY ROBERT WILLIAMSON | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 4:14-MJ-10 |

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRIAN EDWARD CANNON**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** charging him with:
Conspiracy to receive and possess a firearm in violation of Title 26, United States Code, Section 5861

in violation of Title 18, United States Code, Section 371.

WALTER E. JOHNSON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

February 18, 2014
Rome, Georgia
Date and Location

Bail Fixed at $_____

by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Federal Courthouse located at 600 East First St., Rome, GA.

Date Received: 02/18/2014

Date of Arrest: 02/18/2014

SA Micah J. Childers, FBI
Name and Title of Arresting Officer

Signature of Arresting Officer

**FILED IN CHAMBERS**
**U.S.D.C. - Rome**

FEB 1 8 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk